# ATTACHMENT C

**Form AO-241**

**16:** Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

**(f)** In any post-conviction proceeding:

MAR 1: Graham Gurnee, 127 S Cool Spring St, Fayetteville, NC 28301

MAR 2: Jamie Lau, Duke University School of Law, Wrongful Convictions Clinic, Box 90360, Durham, NC 27708; Theresa Newman, Duke University School of Law, Wrongful Convictions Clinic, Box 90360, Durham, NC 27708; David Rudolf, 225 East Worthington Ave, Suite 200, Charlotte, NC 28203

**(g)** On appeal from any ruling against you in a post-conviction proceeding:

Jamie Lau, Duke University School of Law, Wrongful Convictions Clinic, Box 90360, Durham, NC 27708; Theresa Newman, Duke University School of Law, Wrongful Convictions Clinic, Box 90360, Durham, NC 27708; David Rudolf, 225 East Worthington Ave, Suite 200, Charlotte, NC 28203