# EXHIBIT 6

Date 02-20-90    Page No. 1

STATEMENT OF: B.L.W.

Bobby Lee Williams

████████████████████████████████

████████████████████ (mother-in-law)

On Thursday night 01-25-90 I walked out the back door of my house and walked down to the corner of Broadfoot and Branson and talked with a few of my friends, Lonnie and Jerry McNiel. I stood there talking with Lonnie and Jerry for a while and I told them I was going to walk down to the corner of Branson & Bryan to see what was happening. When I got to Branson and Bryan, Myron was standing outside his car. Myron walked up to me and called my name. He called me Strawberry. Myron asked me if I use to be married to Linda Blue. I said yes. Myron then told me "These boys have sold him some Crank look out for me." I told Myron to let me see the package. Myron give me the package, It was approximately $360.00 worth. because They were 13 or 14 bags. We laid it up on the trunk of the car. B.L.W.

X Bobby Lee Williams Junior

Statement FPD Form 72

09724

Case 5:16-hc-02262-FL   Document 2-6   Filed 10/31/16   Page 2 of 7

and opened the package. I put one of the rocks to my tongue, at which time I new it was baking soda + Goody Powder that had been cooked up. I asked Myron if he seen any of the boys that sold it to him and he said no. I told him to walk with me to see if he see's anyone and I would square him away. We walked down Branson St to the Arcade. We went inside and I asked him if we seen anyone in the arcade and he said no. We left the arcade and walked back up Branson St and Myron said "there he goes right there". Myron pointed to a guy who was wearing a black sweat suit. I walked up this guy I know as Jay-bo. I told Jay-bo to give my brother his motherfuckin money or his motherfuckin package. Jaybo started stuttering and said he would straighten him out. Me, Myron, and Jay-bo walked behind the Thompsons house. Jaybo took out a plastic bag

B.L.W.
Bobby Lee Williams Junior

from between his legs and gave all the rocks to me. Say-bo said those are the real things. I gave Myron the whole package except one and I opened it and tasted it. I told Myron I could feel anything. Myron said he had a stem, and he pulled it out of his pocket. The stem looked like a antinna that had been cut into. Myron stuck the rock on his stem and asked for my lighter. I gave him my lighter and he fired it up and said it was the real thing. I told Myron I would see him later on and I started walking towards my house. While I was walking I heard Myron got into his car & crank it up. While I was walking off I heard the boys say "Dont do it Say-Bo" about three times. Then I heard a shot. I turned around and seen all the boys running thru the path. My girlfriend meet me in the path and we started walking fast down Branson St. Towards the Arcade. and we cut thru the path. We come out B.L.W.

x Bobby Lee Williams Junior

Date 02-20-90   Page No. 4

STATEMENT OF: B.L.W.

on Davis and Arsenial, that's when I seen Jay-Bo point his gun and shoot at Myron again. I seen a hole in Myrons trunk after Jay-Bo shot the second time. Myrons car started swaying and the girl with him was yelling for him to put his foot on the gas. I don't know which way he went after that.

Q: Inv. BALLARD: Who was with Jay-Bo when he shot at Myron Hailey's Car.

A: Bobby Williams — Anthony Lee Thompson, Cat, and Charmain. Cat drives a grey Chevette.

Q: Inv. BALLARD — What type of Gun was Jay-bo shooting.

A: Bobby Williams — It was a .38 or 357 Cal with brown handles and silver frame.

Q: Inv. BALLARD — Describe the girl who was with Myron.

A: Bobby Williams — She was kind of tall by the way she sit up in the car, reddish brown hair, medium complexion.

Q: Inv. Ballard — How did you meet and know Myron Hailey.

A: Bobby Williams — I knew him from where I live. B.L.

Bobby Lee Williams Junior

Statement FPD Form 72

09724

Date 02-20-90    Page No. 5

STATEMENT OF: B.L.W.

in Dunn. I had seen the girl in Dunn to.

Q: Inv Ballard - If needed, would you be willing to take a polygraph and testify in court concerning this statement.

A: Bobby Williams - Yes sir!

This statement was written for me by Mike Ballard of the Fayetteville Police Dept as it was told to him by me and is true and correct. B.L.W.

x Bobby Lee Williams Junior
Witness: Mike Ballard
Witness: Robert Parker
Time: 1852 hrs.

Statement FPD Form 72

09724
Case 5:16-hc-02262-FL   Document 2-6   Filed 10/31/16   Page 6 of 7