# EXHIBIT 10

Date 03-19-90    Page No. 171

STATEMENT OF B.L.W.

Admendment to the statement given to Investigators by Bobby Lee Williams on 02-20-90 concerning the death of Myron Hailey. — B.L.W.

Q: Mike Ballard — In your statement you said that your wife Willie Mae was with you when you ran after Jaybo and the other boys. Was she with you.

A: Bobby Lee Williams — NO

Q: Mike Ballard — Why did you tell us she was.

A: Bobby Lee Williams — Because you were having a hard time understanding where I was talking about, so I used Willie Mae as a reference to you because we had walked thru the path earlier in the day coming from the courthouse.

Q: Mike Ballard — Will you swear to this and the other statement

A: Bobby Lee Williams — Yes sir.

This statement was written for me by Mike Ballard of the Fayetteville Police Dept as it was told to him by me and is true & correct. — B.L.W.

X Bobby Lee Williams Junior

Sworn before the undersigned this 19 day March A.D. 1990

Statement FPD Form 72
09724