IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:16-HC-2262-D

| | |
|---|---|
| Lamont McKoy<br><br>        Petitioner,<br><br>    v.<br><br>Erik A. Hooks, Secretary, N.C. Department of Public Safety, *et al.*,<br><br>        Respondents. | PETITIONER'S MOTION FOR LEAVE TO CONDUCT DISCOVERY<br><br>28 U.S.C. § 2254<br>Local Rule 7.1<br>Habeas Rule 6 |

For the reasons set forth in the supporting Memorandum filed herewith, Petitioner Lamont McKoy respectfully requests leave to obtain the following discovery from Respondents ("State") and non-parties identified below, pursuant to Habeas Rule 6 and the Federal Rules of Civil Procedure:

1. The complete file of alleged crime scene photographs of Myron Hailey's car and the surrounding area taken in connection with the Fayetteville Police Department's ("FPD") and the prosecuting agency's investigation of Hailey's shooting, along with any documents concerning analysis or interpretation of those photographs.

2. All files concerning the January 26, 1990 "accident report" of T.P. Riley, or the State's other assertions regarding the alleged driving direction of Hailey's car (*see, e.g.*, Dk. 23 at 9-10), that exist in FPD's or the prosecuting agency's possession and were not previously produced under § 15A-1415(f).

3. The FPD's and the prosecuting agency's complete files regarding any polygraphs taken of Bobby Lee Williams in connection with the Hailey shooting investigation, including all

documents concerning any analysis or interpretation of such polygraphs, and the underlying data for such polygraphs.

4. Compelled deposition testimony from the following individuals:

- State Bureau of Investigation Agent Special Agent S.E. Fox;

- Fayetteville Police Department Sergeant Tracy Campbell; and

- Former "Court Boys" members including: Ronald Perkins; Kelly Debnam; Anthony Perkins; and Craig Roberts.

Respectfully submitted this 3rd day of October 2017.

/s/ Jamie T. Lau
Jamie T. Lau
N.C. Bar No. 39842
Attorney for Lamont McKoy
Duke University School of Law
210 Science Drive
Durham, NC 27708
Phone: (919) 613-7764
Fax: (919) 613-7262
E-mail: jamie.lau@law.duke.edu
Local Civil Rule 83.1 Counsel
Attorney for Petitioner

/s/ John P. Nowak
John P. Nowak
PAUL HASTINGS LLP
200 Park Avenue
Phone: (212) 318-6493
Fax: (212) 230-7853
Email: johnnowak@paulhastings.com
Attorney for Petitioner

/s/ Evan D. Diamond
Evan D. Diamond
PAUL HASTINGS LLP
200 Park Avenue
Phone: (212) 318-6004
Fax: (212) 230-5104
Email: evandiamond@paulhastings.com
Attorney for Petitioner

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

    Mr. Clarence J. DelForge, III, Attorney at Law
    CDelforg@ncdoj.gov

Respectfully submitted, this the 3rd day of October 2017.

                        /s/ Jamie T. Lau
                        Jamie T. Lau
                        N.C. Bar No. 39842
                        Attorney for Lamont McKoy
                        Duke University School of Law
                        210 Science Drive
                        Durham, NC 27708
                        Telephone: (919) 613-7764
                        Fax: (919) 613-7262
                        E-mail: jamie.lau@law.duke.edu
                        Local Civil Rule 83.1 Counsel
                        Attorney for Petitioner