# EXHIBIT 2

# FAYETTEVILLE/CUMBERLAND CRIME STOPPERS

Caller Code # 2298

Call Taken By: M. Quigley
Date/Time Recieved: 1-27-90  1635

## FACTS OF CRIME

1. Type of Offense: Murder
2. Location of Offense: Branson St.
3. Date/Time Occurred: 1-26-27-90
4. Summary of Offense: Caller said a B/M known as Rat-Rat did the shooting she said irvin cook saw the shooting he is about 17 yrs old. Caller said Rat-Rat has shot or shot at other people "He is trigger Happy"

## SUSPECT INFORMATION

| | SUSPECT #1 | SUSPECT #2 |
|---|---|---|
| Name: | Rat-Rat = 23-24 | irvin Cook. (Little irvin) |
| Address: | | Grove View Ter. 17 B/M |
| Race/Sex/Age | B/M - | |
| Height/Weight/Build | | |
| Hair/Eyes | | |
| Identifying Characteristics | | |
| Additional Suspects | | |

## VEHICLE INFORMATION

Make:   Model:   Year:   Color:   License #:
Identifying Marks:
Owner:                                    Operator:

542



# FAYETTEVILLE/CUMBERLAND CRIME STOPPERS

P. O. BOX 966
FAYETTEVILLE, NORTH CAROLINA 28302 • PHONE 483-TIPS

FILE NO. 2298

## MESSAGE

TO: SGT. CALFEE
DATE: 2-1-90
SUBJECT: Murder

ATTACHED HERETO IS INFORMATION RECEIVED BY CRIMESTOPPERS TIP LINE. PLEASE CHECK INTO THE MATTER AND RESPOND WITHIN TEN (10) DAYS.

BY: PODOBINSKI, COORDINATOR

## REPLY

DATE:

SIGNED:

Caller Code # 2298

Call Taken By: M. Quigley
Date/Time
Recieved: 1-27-90 (1635)

## FACTS OF CRIME

1. Type of Offense: Murder
2. Location of Offense: Branson St.
3. Date/Time Occurred: 1-26-27-90
4. Summary of Offense: Caller said a black male known as Rat-Rat did the shooting she said Irvin Cook saw the shooting he is about 17 years olld. Caller said, Rat-Rat has shot or shot at tother people. "He is trigger Happy"

## SUSPECT INFORMATION

| | SUSPECT #1 | | SUSPECT #2 |
|---|---|---|---|
| Name: | Rat Rat    23-24 | | Irvin Cook (Little Irvin) |
| Address: | | | Grove View Terrace - 17 B/M |
| Race/Sex/Age | B/M | | |
| Height/Weight/Build | | | |
| Hair/Eyes Identifying Characteristics Additional Suspects | | | |

## VEHICLE INFORMATION

Make:    Model:    Year:    Color:    License #:
Identifying Marks:
Owner:    Operator:

544

(FPD FORM # 142-84)