# EXHIBIT 3

TO: LT PARRISH
FM: SGT SYKES
RE: POSSIBLE 10/14 ON HOMICIDE ON ROWAN ST

UNKNOWN SUBJECT CALLED ME ON EXT 245 AT 0133 HRS 1/28/90 AND ADVISED THAT HE KNEW WHO KILLED THE SUBJECT IN THE VEHICLE ON ROWAN STREET IN THE CITY THIS PAST WEEK. HE SOUNDED INTOXICATED, BUT HE STILL NAMED THE PERSON HE SAID WAS RESPONSIBLE FOR THE CRIME, AND THEN HE HUNG UP.... NO FURTHER.

SGT R.T. SYKES  "Rat-Rat" from Groveview Terr..

483