# EXHIBIT 5

8/22/95

Mr Clinkscales
    You may not remember me by Kanon† McKay. But by these SA Boo-SA, Chill-Boo. Those are the name I go by in the streets. Concern for writing you this letter is about my case. understanding is that yall have a person in Custody by name of (William Corry AKA (Rat, Rat) Talley. I know your police depart don't like we Guys out of the hood else. But please don't cover this up. You know Rat kill that man I'm in for, So please hear me out. I'm a just make it short abri

    You can check my record downtown, I wasn't a bad per out there. The Gun charge I got at school was because them boys out of Campbell and Grove Terrance. We had a shoot-out over the weekend. So we got word them Guys was coming to the school after me an Reginald Miles and also Tylow Smith. That what ha with that mess. I was charge with first degree Murder in Mar 17, 1990 for something I didn't do. I could have pleaed this to a lesser charge and got 5 years. I knowed how much tim I would have to pull out of it. But wasn't going out like t I know what could happen, But I wasn't takin shit. My unc Gary Porter works with yall Guys. I tryed to tell him ab it, But yall all are the same. Don't get my wrong their are some good cops. But there are alot of Bad one's too!

My lawyer was from Raleigh off Fayetteville St. His name is Carlton Fellers, check with him if you like. Mr. Talley was the one that done the crime not me. I was set up by some Fayetteville police officers. I can't recall one of them, one was white and the other was Black. But one of the officer name was officer Parker. He's no longer with the Fayetteville police department. He got busted doin drug bust by himself and keeping the money and drugs for himself and letting the people go. Him and the other officer paid a crack head some drugs to lie on me. His name is Bobby A.K.A Straw "lim. Their were a few other people also.

I've sold drug for a few years and never been caught. So this murder thing came up and I wouldn't coperate with them. They thought I knew something about it. So I cuss them out and they had it in for me ever since then. Officer Parker was off the case and the white officer toke over. They told me if they caught me with some drugs they were going to kick my ass. I just turn 18 years old at that time. They did a poor investergation on the case. They never look into other area in town. There were other shooting all over town beside Heymont 500 that night. They had other people like Demio ford and they came to me. We didn't get along either.

I'm not trying to be a Nuisance. I would like to talk with someone about this. It's some more people involve with this ime. Bernard (AKA Chilly-Boo) McIntyre was with Mr. Talley hen it happen. The people that know more about this case e in yall custody also. Corneilius Johnson, Herley (AKA Pooh) Re ichael (AKA Nike man) Smith, Barry (AKA Dut Re) McCormick, Christoper (6 ilton, Ervin Cook, Presscott McIntyre and my homeboy ntory Lewis (AKA A.B.) Branch, Antony (AKA Pretty T.) William. Presco ld me what happen in prison in "91". But before pris e told some Guys on the hill that Rat, Rat was the c I done the Murder. I heard about it when I was out bond, But didn't know for sure. Cause people was sayin ennis ford done it. I told my lawyer about it too, When I got lock up, It came out!!! It was tha talk of the town. I'm siting in this place for the next years for what Rat, Rat done. That not right at all. know things like this happen, But please help me out this mess. I been in here for 4 years for that man den. Aint no telling who else Rat done kill and go way with it. I use to hang out with some of tem Court Boys. I'm from Heymont-Hill. We call the hill or Hill-Top. We had our differents with rove view and Campbell Terrance in the past. Shoot nd the whole Nine yards. We Gamble got high together c

Aug 28 95  8:32 No.001 P.05  TEL:

went to club. It was all in the game. I'm not trying to see nobody. Just want my freedom back. I lost my wife and I would like to take care of my son and thier. Then police officer took me away from that. A lot of people know about the murder in the projects. But didn't say anything about it. Cause they were afraid of the law and them court Jays.

William Talley done this rate before he went to prison in "91". He got a kilogram of cocaine with Rodney Smith (AKA Rump) and Tony (AKA Back cay) Milton. Tom just put part of his money to help get the caine. But it was Rat and Rump.

Thang was going snow for them. But Rat, Rat ad charges and was wanted by the police. He was on the run for along time. Then people was saying he kill someone at a club call high Rollers off the "Murk" beside vicks drive in, in 90. So since he and Rump had it made. He turn himself in. Prescott McIntyre and Herley (AKA Pooh) Locke know about it.

Then Rump got some charges on him so he gave the cocaine to Ronald Perkins in "92". So when he and Rat got out they would be straight. Please write me back I know yall know about this. Please don't cover this up. Thank you. Romont McK...